TF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

JOSEPH MALEC,

            Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
A F F I D A V I T

(21 U.S.C. §§ 952(a) and 960)

11-M-1044

EASTERN DISTRICT OF NEW YORK, SS:

      TAMIKA COMRIE, being duly sworn, deposes and states that she is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on October 22, 2011.

      Commencing on or about October 21, 2011, the defendant [handwritten: Joseph Malec] ~~DELFINO MORALES~~ passed a total of 100 pellets with a total gross weight of approximately 1,674.0 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant ~~DELFINO MORALES~~ be dealt with according to law.

*TF tc*     *Joseph Malec*

*[signature]*
TAMIKA COMRIE
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
28th day of October, 2011

*S/ Reyes*

HONORABLE
UNITED S                               GE
EASTERN

2